**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Inez E. Norris                          CHAPTER

<u>Debtor(s)</u>

                                                   BKY. NO. 22-12004 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                     Respectfully submitted,

                                     /s/ *Michael Farrington*
                                     Michael Farrington
                                     16 Dec 2022, 14:31:28, EST

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322