# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Inez E. Norris <br>               Debtor(s) <br><br> MIDFIRST BANK <br>               Movant <br> vs. <br><br> Inez E. Norris <br>               Debtor(s) <br><br> Scott F. Waterman <br>               Trustee | CHAPTER 13 <br><br> NO. 22-12004 AMC |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

This matter, having been brought before the Court by Michael P. Farrington, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MIDFIRST BANK, holder of a mortgage on real property known as 5940 Jefferson Street, Philadelphia PA 19151, with the consent of the Debtor, Inez E. Norris,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor may file its proof of claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed an allowed secured claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:      Dated:  1/9/2023

*/s/* **Michael P. Farrington, Esq.**
MICHAEL P. FARRINGTON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:      Dated:  1/10/2023

*/s/* **David M. Offen, Esq.**
DAVID M. OFFEN, ESQ., ATTORNEY FOR DEBTOR

I hereby agree and consent to the above terms and conditions:      Dated: 2/7/2023

*/s/* **Ann E. Swartz, Esq.**
ANN E. SWARTZ, ESQ. ATTORNEY FOR
SCOTT F. WATERMAN., TRUSTEE