# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Inez E Norris <br>     Debtor(s) <br><br> MIDFIRST BANK, its successors and/or assigns <br>     Movant <br> vs. <br><br> Inez E Norris <br>     Debtor(s) <br><br> Scott F. Waterman <br>     Trustee | CHAPTER <br><br><br> NO. 22-12004 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **March 8, 2023**.

Dated: April 6, 2023

                                      Respectfully submitted,

                                      /s/Mark A. Cronin <br>
                                      Mark A. Cronin, Esq. <br>
                                      KML Law Group, P.C. <br>
                                      BNY Mellon Independence Center <br>
                                      701 Market Street, Suite 5000 <br>
                                      Philadelphia, PA  19106 <br>
                                      Phone: (215)-627-1322 <br>
                                      mcronin@kmllawgroup.com