IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                              :
                                                        :    Chapter 13
    Inez E Norris                             :
                                                        :    Bankruptcy No. 22-12004 (amc)
                             Debtor.    :
---------------------------------------------------------x

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan., filed on December 6, 2022 [Docket No. 19].

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: May 2, 2023        By:    /s/ Pamela Elchert Thurmond
                                      PAMELA ELCHERT THURMOND
                                      Senior Attorney
                                      PA Attorney I.D. 202054
                                      City of Philadelphia Law Department
                                      Tax & Revenue Unit
                                      1401 JFK Blvd., 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      215-686-0588 (facsimile)
                                      Email: Pamela.Thurmond@phila.gov