United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12004-amc |
| Inez E Norris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 03, 2023     Form ID: 155     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Inez E Norris, 5940 West Jefferson Street, Philadelphia, PA 19151-3916 |
| 14709940 | + | Alytia Norris, 5940 W Jefferson Street, Philadelphia, PA 19151-3916 |
| 14709945 | + | Craig Norris, Jr., 5940 W Jefferson Street, Philadelphia, PA 19151-3916 |
| 14743471 | + | Midfirst Bank, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14709949 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14709941 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:52:46 | American InfoSource as agent for Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14712169 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14709942 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14709943 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, Law Department, Tax Unit, BANKRUPTCY GROUP - MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14709944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:45:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14709946 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | May 03 2023 23:45:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14709947 | ^ | MEBN | May 03 2023 23:40:54 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14710606 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:53:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14743157 | ^ | MEBN | May 03 2023 23:40:53 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14752076 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 03 2023 23:52:45 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14709948 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 03 2023 23:52:45 | MidFirst Bank, 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 14709949 | ^ | MEBN | May 03 2023 23:41:02 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

Case 22-12004-amc    Doc 40    Filed 05/05/23    Entered 05/06/23 00:31:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 155 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14709950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2023 23:52:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14709951 | + | Email/Text: bnc-quantum@quantum3group.com | May 03 2023 23:45:00 | Quantum 3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14709952 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:53:35 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14740915 | + | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14723485 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:52:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14723618 | | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:53:23 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14709954 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14709953 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

**Name**  **Email Address**

DAVID M. OFFEN
on behalf of Debtor Inez E Norris dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 03, 2023 | Form ID: 155 | Total Noticed: 23 |

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Inez E Norris
     Debtor(s)　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−12004−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 3, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Ashely M. Chan
                                                Judge ,
                                                United States Bankruptcy Court

                                                                  39
                                                           Form 155