| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12004-AMC**

Inez E Norris
5940 West Jefferson Street
Philadelphia  PA    19151

Petition Filed Date: 08/01/2022
341 Hearing Date: 09/09/2022
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $380.00 | | 09/29/2022 | $380.00 | | 10/31/2022 | $380.00 | |
| 12/01/2022 | $380.00 | | 01/04/2023 | $380.00 | | 01/30/2023 | $380.00 | |
| 03/10/2023 | $380.00 | | 04/10/2023 | $380.00 | | 05/11/2023 | $380.00 | |
| 06/12/2023 | $380.00 | | 07/11/2023 | $380.00 | | | | |

**Total Receipts for the Period: $4,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,719.00 | $3,830.40 | $888.60 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,168.00 | $0.00 | $1,168.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,224.27 | $0.00 | $1,224.27 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $1,156.69 | $0.00 | $1,156.69 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $1,022.39 | $0.00 | $1,022.39 |
| 5 | VERIZON BY AIS AS AGENT<br>»» 005 | Unsecured Creditors | $830.63 | $0.00 | $830.63 |
| 6 | MIDFIRST BANK<br>»» 006 | Mortgage Arrears | $25,868.26 | $0.00 | $25,868.26 |

**Chapter 13 Case No. 22-12004-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,560.00 | Current Monthly Payment: | $725.00 |
| Paid to Claims: | $3,830.40 | Arrearages: | $787.20 |
| Paid to Trustee: | $383.80 | Total Plan Base: | $40,147.20 |
| Funds on Hand: | $345.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.